**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Guerdy Mychel P. AKA Zermina P., Michael P., and
John Doe, Defendants,

Of whom Michael P. is the Appellant.

In the interest of a minor child under the age of 18 years.

Appellate Case No. 2011-197948

Appeal From Chesterfield County
Roger E. Henderson, Family Court Judge

Unpublished Opinion No. 2012-UP-470
Submitted July 2, 2012 – Filed July 27, 2012

**AFFIRMED**

Montford S. Caughman, of Caughman Law, LLC, of
Lexington, for Appellant.

Elizabeth Biggerstaff York, of the South Carolina Department of Social Services, of Hartsville, for Respondent.

————————————

**PER CURIAM:** Michael P. appeals from the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

————————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.